AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LEONARD A. WILLIAMS,

v.

JEANAL CARDOSO, Officer, #C252;
OMEEKA P. LOGGINS, Prosecutor;
RICHMOND COUNTY SHERIFF'S OFFICE;
and THE STATE OF GEORGIA.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:25-cv-00083

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed May 19, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The Court overrules Plaintiff's objections and dismisses the case, including any potential state law claims, without prejudice. This case is dismissed without prejudice. This case stands closed.



5/19/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020